

| | | |
|---|---|---|
| CAAP–12–00 00299 | Ashley v. Hart | Affirmed |
| CAAP–12–00 00120 | Maukele v. Casumpang | Affirmed |

### October 29, 2014

| | | |
|---|---|---|
| CAAP–13–00 02469 | State v. Chin | Affirmed |
| CAAP–12–00 00372 | State v. Hioki | Affirmed |

### October 30, 2014

| | | |
|---|---|---|
| CAAP–11–00 01019 | Pulawa v. Oahu Const. Co., Ltd. | Affirmed |

### October 31, 2014

| | | |
|---|---|---|
| CAAP–13–00 00155 | State v. Robinson | Affirmed |

### November 6, 2014

| | | |
|---|---|---|
| CAAP–12–00 00607 | Citimortgage, Inc. v. Napoleon | Affirmed |
| CAAP–11–00 00501 | U.S. Bank Nat. Ass'n v. Ombao | Affirmed |

### November 17, 2014

| | | |
|---|---|---|
| CAAP–11–00 01055 | Vierra v. ASI Services, Inc. | Affirmed |